06-190 M-01

## STATEMENT OF FACTS

On Tuesday, May 2, 2006, at about 12:20 a.m., sworn officers with the Metropolitan Police Department's First District attempted to stop the defendant, Howard Poole, in the area of 3rd and I Streets, N.W., Washington, D.C. after the defendant made several traffic violations with his bicycle. The defendant fell from his bike and fled on foot. During the chase, the defendant stopped and officers saw him reach into his waistband area and pull out a black handgun. Officers then saw the defendant kneel down behind a large column and put the gun down. The defendant was stopped and placed in custody. Officers recovered a loaded Smith & Wesson .38 caliber revolver from behind the column. Officer J. Staples of the Immigration Protection Services located in the 100 block of Massachusetts Avenue, N.W., Washington, D.C., informed officers that the recovered firearm was not in its current location during his tour of the building at approximately 11:00 p.m. Officers placed the defendant under arrest. To the best of the undersigned officer's knowledge, defendant Howard Poole has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the D.C. Superior Court Criminal Case No. 2004-FEL-004642. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. He wrote his initials on the computer print-outs that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Smith & Wesson .38 caliber handguns nor ammunition manufactured in the District of Columbia.

_____
OFFICER GREG NAGURKA
FIRST DISTRICT, MPD

MAY 03 2006

SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF MAY, 2006.

_____
U.S. MAGISTRATE JUDGE
ALAN KAY
U.S. MAGISTRATE JUDGE